**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Anthony S. Nembhard Jr. aka Anthony Salmina Nembhard aka Anthony Nembhard<br>Lauren C. Nembhard aka Lauren Caranci Nembhard aka Lauren Nembhard<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 20-10906 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca A. Solarz
Rebecca Solarz
29 Oct 2020, 20:15:00, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322