**Mark M. Medvesky, Esquire**
Attorney I.D. #68350
Wells, Hoffman, Holloway & Medvesky, LLP
601 E. Broad St, Ste 110
Souderton, PA 18964
(610) 323-7464

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Anthony S. Nembhard, Jr. and Lauren C. Nembhard | : | Case No. 20-10906-amc |
| Debtors | : | |
| ………………………………………….. | : | Chapter 13 |
| | : | |
| Freedom Mortgage Corporation | : | |
| Movant | : | |
| v. | : | |
| | : | |
| Anthony S. Nembhard, Jr. and Lauren C. Nembhard | : | 11 U.S.C. §362 |
| | : | |
| | : | Date: January 13, 2021 |
| Scott F. Waterman, Esquire (Trustee) | : | Hearing: 11:00 am |
| | : | Courtroom 4 |
| Respondents | : | United States Bankruptcy Court |
| | : | 900 Market Street, Philadelphia PA |

### CERTIFICATION OF SERVICE

IT IS HEREBY CERTIFIED, that August 10, 2020 a true and correct copy of the debtors' ***Debtors' Response to Motion for Relief from Automatic Stay*** was served upon the parties listed below, in the above captioned matter, via first class mail postage-prepaid. The Chapter 13 Trustee and Office of the United States Trustee were served via electronic mail.

Electronic Mail:

Scott F. Waterman Chapter 13 Trustee
Chapter 13 Trustee Office
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Office of the United States Trustee
833 Chestnut Street, Ste. 501
Philadelphia, PA 19107


First Class Mail:

Freedom Mortgage Corp.
Bankruptcy Department
10500 Kincaid Drive
Fishers, IN 46037

Andrew Spivack, Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054

Respectfully Submitted,

BY: /s/*Mark M. Medvesky*
Mark M. Medvesky, Esquire
Attorney for Debtor