**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Anthony S. Nembhard, Jr. And Lauren Nembhard (DEBTOR) | : | Bankruptcy No. 20-10906AMC13 |
| Angela Jackson and Robert Jackson | | |
| Vs. | | |
| Anthony S. Nembhard Jr and Lauren C. Nembhard | | |

**CERTIFICATION OF NO ANSWER,**
**OBJECTION, OR OTHER RESPONSIVE PLEADING**

1. That Michael A. Cataldo, Esquire, hereby certifies that a true and correct copy of the MOTION OF ANGELA AND ROBERT JACKSON FOR MODIFICATION OF AUTOMATIC STAY was served to all interested parties via Electronic Means or Via Regular Mail.

2. That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

WHEREFORE, the undersigned respectfully requests an Order be entered.

Respectfully submitted,

DATE: February 4, 2021              _____/s/_____
MICHAEL A. CATALDO
CIBIK & CATALDO, P.C.
1500 WALNUT STREET, STE. 900
PHILADELPHIA, PA 19102
(215) 735-1060