# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13

Anthony S. Nembhard, Jr.
    And
Lauren Nembhard
    (DEBTOR) : Bankruptcy No. 20-10906AMC13


Angela Jackson
    and
Robert Jackson

    Vs.

Anthony S. Nembhard Jr
    and
Lauren C. Nembhard

## O R D E R MODIFYING §362 AUTOMATIC STAY

AND NOW, this _____ day of _____, 2021, at Philadelphia upon Motion of Angela Jackson and Robert Jackson it is;

ORDERED, that the movant is granted relief from the automatic stay of all proceedings, as provided under 11 U.S.C. §362 to pursue any and all civil actions against the debtors in any and all State court actions as set forth in Civil Action 2018-05769 in the Bucks County Court of Common Pleas to allow movants to proceed with the litigation judgement and/or settlement and to collect only to the extent of applicable insurance coverage.

It is further ordered that rule 4001 (a) (3) Is not applicable and may immediately enforce or implement this order granting relief from the automatic stay, and it is further;

Ordered that Federal Rule of Bankruptcy Procedure 3002,1 is no longer applicable to movant, its successors, or assignees.

**Date: February 10, 2021**

~~Date: January 19, 2021~~

By the Court: _____

Hon. Ashely M. Chan
U.S. Bankruptcy Judge