United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10906-amc |
| Anthony S. Nembhard, Jr. | Chapter 13 |
| Lauren C. Nembhard | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 10, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony S. Nembhard, Jr., 1655 Canary Road, Quakertown, PA 18951-2053 |
| jdb | #+ | Lauren C. Nembhard, 1655 Canary Road, Quakertown, PA 18951-2053 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Feb 12, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| JEROME B. BLANK | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  wbecf@brockandscott.com |
| MARK M. MEDVESKY | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 10, 2021 | Form ID: pdf900 | Total Noticed: 2 |

    on behalf of Joint Debtor Lauren C. Nembhard mark@medveskylaw.com dmedvesky@whhslaw.com;medveskyecf@gmail.com;r44863@notify.bestcase.com

MARK M. MEDVESKY
    on behalf of Debtor Anthony S. Nembhard  Jr. mark@medveskylaw.com, dmedvesky@whhslaw.com;medveskyecf@gmail.com;r44863@notify.bestcase.com

MICHAEL A. CATALDO2
    on behalf of Creditor Angela and Robert Jackson ecf@ccpclaw.com  igotnotices@ccpclaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                           :        Chapter 13

Anthony S. Nembhard, Jr.
    And
Lauren Nembhard
    (DEBTOR)                                  :        Bankruptcy No. 20-10906AMC13


Angela Jackson
    and
Robert Jackson

    Vs.

Anthony S. Nembhard Jr
    and
Lauren C. Nembhard

**O R D E R MODIFYING §362 AUTOMATIC STAY**

    AND NOW, this _____ day of _____, 2021, at Philadelphia upon Motion of Angela Jackson and Robert Jackson it is;

    ORDERED, that the movant is granted relief from the automatic stay of all proceedings, as provided under 11 U.S.C. §362 to pursue any and all civil actions against the debtors in any and all State court actions as set forth in Civil Action 2018-05769 in the Bucks County Court of Common Pleas to allow movants to proceed with the litigation judgement and/or settlement and to collect only to the extent of applicable insurance coverage.

    It is further ordered that rule 4001 (a) (3) Is not applicable and may immediately enforce or implement this order granting relief from the automatic stay, and it is further;

    Ordered that Federal Rule of Bankruptcy Procedure 3002,1 is no longer applicable to movant, its successors, or assignees.

**Date: February 10, 2021**

~~Date: January 19, 2021~~

By the Court: _____

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Judge