**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>ANTHONY S NEMBHARD, JR and LAUREN C NEMBHARD | Case No. 20-10906-amc |
| | Chapter 13 |
| Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>ANTHONY S NEMBHARD, JR and LAUREN C NEMBHARD,<br>    Debtor | 11 U.S.C. §362 |

**NOTICE OF MORTGAGE FORBEARANCE DUE TO THE COVID-19 PANDEMIC**

    NOW COMES Creditor, Freedom Mortgage Corporation ("CREDITOR"), by and through undersigned counsel, and hereby submits Notice to the Court of the forbearance offer with respect to Creditor's residential mortgage claim which is identified on the Court's claim register as Claim No. 8 (the "Claim").

    The Claim is eligible for a forbearance period based upon the Debtor(s) material financial hardship caused by the COVID-19 pandemic. As a result, the Debtor(s) shall not be required to tender mortgage payments to Creditor that would come due on the Claim starting 02/01/2021 through 07/31/2021.

    Creditor, at this time, does not waive any rights to collect the payments that come due during this forbearance period.

    Debtor(s) will resume Mortgage payments beginning 08/01/2021 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears").

    Prior to the expiration of the forbearance period, Debtor(s) must either (1) request additional forbearance time under Local Rule, State or Federal Law; (2) enter inter loss mitigation with Creditor; or (3) file an Amended Chapter 13 Plan which cures the arrears resulting from the forbearance period over the remainder of the Chapter 13 Plan.

20-13982 BKOBJ01

Creditor does not waive its rights under the terms of the note and mortgage or under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect on any post-petition escrow shortage.

Respectfully Submitted,

*/s/ Andrew Spivack*
Andrew Spivack
(Bar No. 84439)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x3017
Facsimile:  704-369-0760
E-Mail:  PABKR@brockandscott.com

20-13982 BKOBJ01

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>ANTHONY S NEMBHARD, JR and LAUREN C NEMBHARD | Case No. 20-10906-amc |
| Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>ANTHONY S NEMBHARD, JR and LAUREN C NEMBHARD,<br>    Debtor | Chapter 13<br><br>11 U.S.C. §362 |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice Of Mortgage Forbearance Due To The Covid-19 Pandemic has been electronically served or mailed, postage prepaid on March 3, 2021 to the following:

ANTHONY S NEMBHARD, JR
1655 CANARY ROAD
QUAKERTOWN, PA 18951

LAUREN C NEMBHARD
1655 CANARY ROAD
QUAKERTOWN, PA 18951

Mark M. Medvesky, Debtor's Attorney
601 E. Broad Street
Suite 110
Souderton, PA 18964

20-13982 BKOBJ01

Scott F. Waterman, Bankruptcy Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606


United States Trustee, US Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

                        */s/ Andrew Spivack*
Andrew Spivack
(Bar No. 84439)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
Telephone: 844-856-6646 x3017
Facsimile: 704-369-0760
E-Mail: PABKR@brockandscott.com

20-13982 BKOBJ01