United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 20-10906-amc |
|---|---|
| Anthony S. Nembhard, Jr. | Chapter 13 |
| Lauren C. Nembhard | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 17, 2021 | Form ID: pdf900 | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony S. Nembhard, Jr., 1655 Canary Road, Quakertown, PA 18951-2053 |
| jdb | #+ | Lauren C. Nembhard, 1655 Canary Road, Quakertown, PA 18951-2053 |
| cr | + | FREEDOM MORTGAGE CORPORATION, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mt. Laurel, NJ 08054, UNITED STATES 08054-1218 |
| 14587315 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14474321 | + | Angela and Robert Jackson, 1645 Canary Road, Quakertown, PA 18951-2053 |
| 14474339 | | Apothaker Scian, PC, 206 Butler Ave, Apt A, Chalfont, PA 18914-3108 |
| 14474341 | + | CORONADO STUDENT LOAN TRUST, 500 Delaware Avenue, 11th Floor, Wilmington, DE 19801-1490 |
| 14474344 | + | DAVID J. APOTHAKER, ESQ., 520 FELLOWSHIP ROAD, C306, Mount Laurel, NJ 08054-3410 |
| 14467412 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14526702 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14467414 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 14490094 | + | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14558091 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca Ann Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14558025 | + | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14467413 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14468543 | + | Ford Motor Credit Company, LLC, 1060 Andrew Drive Suite 170, 1060 Andrew Drive, 170, West Chester, PA 19380-5601 |
| 14583892 | + | Freedom Mortgage Corporation, c/o ANDREW L. SPIVACK, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14583821 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14467415 | + | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14583822 | + | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14479547 | | Freedom Mortgage Corporation, C/o Jerome Blank, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14474355 | + | Magisterial District Court MDJ-07-2-08, 962 Town Center, Doylestown, PA 18901-5182 |
| 14474356 | + | Milford Township, 2100 Krammes Road, Quakertown, PA 18951-3871 |
| 14474357 | + | Nicholas and Crystal Griffo, 27 Harvest Lane, Perkasie, PA 18944-2961 |
| 14474358 | + | Oral and Maxillofacial Surgeons PC, 249 S. West End Blvd, Quakertown, PA 18951-1100 |
| 14495469 | + | PCA Acquisition V, LLC, PCA Acquisition V, LLC c/o Phillips &#03, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 14474359 | | PCA Acquisitions V LLC, 1002 Justison Atreet, Wilmington, DE 19801 |
| 14474565 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14467428 | + | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 14467437 | | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 14474360 | + | Penn Foundation, Inc., 807 Lawn Ave, PO Box 807, Sellersville, PA 18960-1594 |
| 14493512 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14467439 | + | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Mar 18 2021 03:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 18 2021 03:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 18 2021 03:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14474343 | Email/Text: customercareus@creditcorpsolutionsinc.com | Mar 18 2021 03:37:00 | Credit Corp Solutions, Inc., 121 W. Election Road, Ste 200, Draper, UT 84020 |
| 14467410 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 18 2021 03:05:14 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14474340 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2021 02:41:53 | CitiBank Bankruptcy Dept, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14467411 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 18 2021 03:37:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 14496587 | Email/Text: bnc-quantum@quantum3group.com | Mar 18 2021 03:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14474345 | + Email/Text: collections@drexel.edu | Mar 18 2021 03:37:00 | Drexel University, 3141 Chestnut St, Philadelphia, PA 19104-2875 |
| 14482870 | Email/PDF: pa_dc_claims@navient.com | Mar 18 2021 02:41:38 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14467416 | + Email/PDF: pa_dc_claims@navient.com | Mar 18 2021 02:41:38 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 14467417 | + Email/PDF: pa_dc_claims@navient.com | Mar 18 2021 03:05:23 | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14474361 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2021 02:53:16 | Portfolio Recovery Associates, 120 Corporate Blvd., STE 1, Norfolk, VA 23502 |
| 14486137 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2021 02:41:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14490612 | + Email/Text: JCAP_BNC_Notices@jcap.com | Mar 18 2021 03:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14471921 | Email/Text: bnc-quantum@quantum3group.com | Mar 18 2021 03:37:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14474362 | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2021 02:41:26 | Synchrony Bank, PO Box 920012, Orlando, FL 32896-0012 |
| 14467438 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 18 2021 03:37:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14474342 | | Credit Control, LLC, PO BOX 188, Hazel |
| cr | *+ | Angela and Robert Jackson, 1645 Canary Road, Quakertown, PA 18951-2053 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 17, 2021 | Form ID: pdf900 | Total Noticed: 51 |

| | | |
|---|---|---|
| cr | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14587316 | *+ | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14479902 | * | Freedom Mortgage Corporation, C/o Jerome Blank, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14587454 | *+ | Freedom Mortgage Corporation, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14467418 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14467419 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14467420 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14467421 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14467422 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14467423 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14467424 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14467425 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14467426 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14467427 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14467429 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 14467430 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 14467431 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 14467432 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 14467433 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 14467434 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 14467435 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 14467436 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |

TOTAL: 1 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2021                          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| JEROME B. BLANK | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  wbecf@brockandscott.com |
| MARK M. MEDVESKY | on behalf of Joint Debtor Lauren C. Nembhard mark@medveskylaw.com dmedvesky@whhslaw.com;medveskyecf@gmail.com;r44863@notify.bestcase.com |
| MARK M. MEDVESKY | on behalf of Debtor Anthony S. Nembhard Jr. mark@medveskylaw.com, |

      dmedvesky@whhslaw.com;medveskyecf@gmail.com;r44863@notify.bestcase.com

MICHAEL A. CATALDO2
      on behalf of Creditor Angela and Robert Jackson ecf@ccpclaw.com igotnotices@ccpclaw.com

REBECCA ANN SOLARZ
      on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
      ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
      on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

United States Trustee
      USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Anthony S. Nembhard, Jr.<br>    Lauren C. Nembhard<br><br>    Debtors | Chapter 13<br><br>Bankruptcy No. 20-10906-AMC |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: March 17, 2021**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE