Dear Judge Chan

I am writing you in reference to a bankruptcy that you have recently dismissed. Anthony and Raurzn Nembhard (see attach paperwork enclosed). My husband and I are one of the "creditors in standing" on this bankruptcy and we are also the "neighbors" to this family. My husband and I have had a long exacerbating and combative and violent relationship with this couple.

In Oct 2016 the Nembhards had purchased this property. The previous owners made and alter the property without permits which caused issues onto our property

FILED
APR 14 2021
TIMOTHY McGRATH, CLERK
DEP. CLERK

Prior to the Nembhard purchase multiple letters went out to the realtors and seller and buyers and in fact the Nembhards house inspector spoke with me and we discussed the water issue. We did hire an attorney Douglas Gifford (215-723-5555) as he is still presently our attorney in reference to this issue and can validate what I am writing you. The Nembhard purchased this property knowing it had to be fix (that was their choice). The Nembhards refused to fix the problem after not only we asked, but letters from our attorney was sent to them. Mr & Mrs Nembhard immediately tryed to make it a "Racial Issue" — it was a water issue a lot of water

In 2017 that when the real destruction started with them. Surveyor stakes (removed by Mrs Nembhard), fence cut and mutilated and found on their property, their for going under our fence and throwing concrete into our Koi Pond not only killing our fish but destroying our pond pump and throwing their baseball at our 6 foot high PVC fence to cause indentation in the fence itself. The destruction didn't stop there nor did the harassment it only escalated.

In Oct 2018 Mr Nembhard started to alter the property, put on a fence and redirecting the water onto more of our property and I forgot to mention he started to ooze the property line at all hours of the day and nite and placed on excess of 10 water jets in to the property

In the beginning of 2019 Mr Nembhard was out of work for approx 6 month. His behavior even become more bizarre until it lead up to March 2019 Mr Nembhard shoot an arrow at my home which missed my bedroom window by inches it went thru my siding and vapor barrier. He was charged with damages and harassment approx ($5400⁰⁰) which he was to pay restitution only $50⁰⁰ as been payed toward this. After that hearing Mr Nembhard bought his first gun (Rifle) then a handgun, which he wares on his waist at all times the third gun is a modified assault rifle. All of which he did not disclose on his bankrupcy paperwork

The second harassment charge was in 2020 setting of fireworks to close to our house. I am very lucky that my husband or my dogs were not seriously injured that day. Your honor the day you dismissed the Nembhards bankruptcy. Mr Nembhard was opening in the driveway wrap-up on a confederate flag with a hand gun and assault rifle "that he has to teach us Yonkers a thing or two". The state police have been here approx 10 visit because of their behavior. I have made the bucks County District Attorney office aware that Mr Nembhard is now waiting for my husband outside with the assault rifle at 4:30am in the morning and waiting for

Rus to come home from work with the assault. He "what do you think of this now Charles" "Hey Boy" as he yells from his driveway to our home for my husband on firing 8 rounds towards my direction while I was downhill (he not only saw me he heard me) but he didn't stop. This is only a very small amount that is going on here.

We did get a opportunity to see the paperwork the Nembhards filed for bankruptcy and they did not declare all their assets to the court. I will enclose on the back page all items that were not declared including cars.

Steven Nembhard moved out of the house with the children on (Dec 19, 2020) — on two occasion Mrs Nembhard

tried to run Mr Nembhard over with her new 2021 Jeep Compass

Mr Nembhard remains in the house with his girlfriend and also moved a man in (he lives in the storage room behind the garage) - no one in the house works, they stay up for several days and nites. music blasting at all hours and people coming and going at all hrs of the nite.

Mr Nembhard stated to us prior to his bankruptcy that he "stacked his cash" and that he is not broke he has "stacks" He has also made it very clear that he has no intention to pay any of us and has no plan to get a job.

Our biggest fear is that the Newbharts will try once again to claim bankruptcy and to stall the lawsuit pending in Buck County Court.

I can only beg the courts to hear our pleas, and not allow this to happen.

I want to thank you Judge Chan for taking the time out to read this and to Antoinette Stevenson for speaking with me and reassuring me that you would be interested in what we have to say.

Thank you
God Bless
Angela Jackson

Any question feel free to call me
(private) 215-529-0606

2018 → Sept
Purchased a purebred Newfoundland dog (claimed on bankruptcy $25.00) house dog

2018 → Oct
Hired someone to install wood fence

2018 → Dec
Purchased a ATV for XMAS

2019 Feb
Mr Newbhard not working

2019 March
Mr Newbhard Jeep broke down (Jeep this on Bank Reply)
got a Toyota Tacoma

2019 → Stop paying mortgage (approx)

2019 Nov   Mr Newbhard leased a
Mini Van Enterprise Rental Car
black motor scooter (still in possession of both)

2019   Riffle, handgun, modified assault Riffle

Sept 2020 Mrs. Newbhard purchased a 2021 Jeep Compass 8 day after you Granted the their bankrupcy.

In 2018 my husband and I got estimates for all the damages to our property it was coming in at close to $200,000 in damages. Mr. & Mrs Nambhard feel that intimidation and harassment will stop us from going foward with this lawsuit. But it will not

thank you

P. Quechm