Dear Judge Chan:

I enclosed a very short CD in reference to Anthony Nembhard which includes

① "it doesn't benefit him to work" April 1, 2021 @ 3:06 pm

② March 17, 2021 @ 1:24 pm this is the day you dismissed his bankruptcy. Confrontate play with hand gun and assault rifle in driveway

③ Willowtree (March 29, 2021) Rauen and Anthony Nembhard planted a tulip tree @ Willowtree between both properties after he was charged for the second time with harassment

the damage from these trees when they start to take off and you will be slimming it would not only ruin my foundation of my home which as you can see is less than 40 feet from my home, less then 50 feet from my septic tank less than 6 inches from my driveway – I need not go on. But it will also ruin Freedom Mortgages property also

thank you
A Jackson