*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Anthony S. Nembhard, Jr.
and Lauren C. Nembhard
    Debtor(s)

Case No: 20–10906–amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*TELEPHONIC HEARING\*\*\*

STATUS HEARING

Parties are to call in:
Dial: 877–873–8017
Access Code: 3027681#

on: 5/5/21

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date:  4/20/21

Timothy B. McGrath
Clerk of Court